> FORM TO BE USED BY A PRISONER IN
> FILING A CIVIL RIGHTS COMPLAINT

*IN THE UNITED STATES DISTRICT COURT*
*FOR THE*
*NORTHERN DISTRICT OF OHIO*

**FILED**

FEB 24 2021

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

David R. Puckett #A620-226

(Enter above the full name of the plaintiff in this action)

CIVIL CASE NO. ___1:21cv425___

vs.

U.S. Dept. of the Treasury
Internal Revenue Service

JUDGE ___Judge Gaughan___

**COMPLAINT**

(Enter above the full name of the defendant(s) in this action

I.   **Previous Lawsuits**

A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?  YES ☐  NO ☒

B.  If your answer to A is yes, describe the lawsuit in the space below, (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1.  Parties to this previous lawsuit

Plaintiffs   N/A

Defendants   N/A

2.  Court (if federal court, name the district; if state court, name the county)

N/A

3.  Docket Number   N/A

4.  Name of judge to whom case was assigned   N/A

-2-

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

N/A

6. Approximate date of filing lawsuit____N/A____

7. Approximate date of disposition ____N/A____

II.   Place of Present Confinement Richland Corr. Institution

A. Is there a prisoner grievance procedure in this institution?   YES ☒   NO ☐

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   YES ☐   NO ☒

C. If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

D. If your answer is NO, explain why not Not a Grievable Issue

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
   YES ☐   NO ☒

F. If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

- 3 -

III. Parties

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

A. Name of the Plaintiff David R. Puckett #A620-226

Address C/o L. Palmer, 119 Lind Ave., Mansfield, OH. 44903

(In item B below, place the full name of the defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Use item C for the names, positions and places of employment of any additional defendants).

B. Defendant U.S. Department of Treasury is employed as Internal Revenue Serv. at Fresno, Calif. 93888-0002

C. Additional Defendants N/A

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places, Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separated paragraph. Use as much space as you need. (Attach extra sheet(s) if necessary).

On October 14, 2020, David R. Puckett (Petitioner) #A620-226 filed a form 1040 U.S. Individual Income Tax Return according to the instructions provided by the Internal Revenue Service (IRS-Respondent) applying for an Economic Impact Payment (EIP) set forth in the "Cares Act". Petitioner qualifies under the conditions of eligibility. (1) Petitioner is a U.S. Citizen, (2) Petitioner was not claimed

- 4 -

(Statement of Claim Continued)

as a dependent on another person's tax return. (3) Petitioner has a Social Security number that is valid for employment in the United States. I am an incarcerated individual and has been throughout the duration of 2018 and 2019. The act instructs the Respondents to issue advance refunds of 2020, along with Recovery Rebate Credits to eligible individuals as rapidly as possible but no later than December 31, 2020. The Respondents have failed to comply. My Power of Attorney, Latanya Palmer, 119 Lind Ave. Mans. OH. did contact Respondents via IRS.gov and was informed that not enough information was provided, while failing to provide a remedy. Petitioner do request jury demand. Information is still unavailable on status @IRS.gov as of 2/8/2021.

-5 -

V.    Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes).

Petitioner prays that the Honorable Court will order the Respondent to comply with the rule of law and issue EIP(1) for 1200.00 along with EIP(2) 600.00 that is due petitioner to Petitioner's Power of Attorney Latanya Palmer 119 Lind Ave. Mansfield, Ohio. That Respondent be responsible for all filing fees and cost associated with this action. (Correction: Petitioner did on the date of signing receive EIP (2) $600.00. Still awaiting EIP(1) 1200.00)

Signed this ___19th___ day of ___January___, ~~19~~2021

I declare under penalty of perjury that the foregoing is true and correct.

January 19, 2021
(Date)

Daniel R. Puckett Pro-Se
(Signature of Plaintiff)